TUCKER ELLIS LLP
Brian K. Brookey - SBN 149522
brian.brookey@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiff, BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BACKGRID USA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DREAM PROJECTS LLC, dba RTA BRAND, a California limited liability company,<br><br>　　　　　Defendant. | ) Case No.<br>)<br>) **COMPLAINT FOR COPYRIGHT**<br>) **INFRINGEMENT**<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>)<br>) |
|---|---|

　　　Plaintiff, BackGrid USA, Inc. ("BackGrid") complains against Defendant Dream Projects LLC dba RtA Brand ("RtA") as follows:

## JURISDICTION AND VENUE

　　　1.　　This is a civil action for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction under 28 U.S. C. § 1331, 28 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

　　　2.　　Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, RtA may be found and transacts business in this judicial district, and the injury BackGrid suffered took place in this judicial district. RtA is subject to the general and specific personal jurisdiction of this

Court because of its contacts with the State of California.

## PARTIES

3. BackGrid is a California corporation existing under the laws of California, with its principal place of business located in Redondo Beach, California.

4. BackGrid alleges on information and belief that Defendant RtA is a California limited liability company with its principal place of business at 320 West 31st Street, Los Angeles, California 90007.

## FACTS COMMON TO ALL COUNTS

5. BackGrid owns and operates one of Hollywood's largest celebrity-photograph agencies and has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration, up to hundreds of thousands of dollars.

6. Among many other in-demand photographs, BackGrid owns photographs of well-known celebrities such as Sofia Richie, Scott Disick, Selena Gomez, Hailey Baldwin, Future, Olivia Culpo, Machine Gun Kelly, and Chantel Jeffries.

7. RtA is an apparel retailer with "brick and mortar" stores in West Hollywood and Las Vegas. RtA also sells and advertises through its website, rtabrand.com.

8. RtA uses social media platforms including Instagram, Facebook, and Twitter to promote its brands. In doing so, RtA frequently posts photographs of celebrities wearing its products – regardless of whether it has the legal right to do so.

9. RtA has a pattern and practice of infringing BackGrid's copyrights. After learning that RtA had infringed three of its copyrights, BackGrid notified RtA of the infringement. RtA agreed to compensate BackGrid for its infringements. The parties exchanged settlement drafts, but RtA then suddenly stopped communicating with

BackGrid. To the contrary, instead of finalizing a resolution of the parties' dispute, RtA posted yet another infringing photograph. When BackGrid contacted RtA regarding this fourth infringement, RtA continued to ignore BackGrid, and then posted two more infringing images. These instances of willful copyright infringement are described more fully below.

## FIRST CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002097279)

10. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 9 of this Complaint as though set forth fully here.

11. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002097279, for a group of photographs titled "Exclusive – Scott Disick and Sofia Richie enjoy a dinner date at Sugarfish." A copy of the registration is attached as Exhibit A.

12. The photographs covered by Exhibit A are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

13. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002097279 is attached as Exhibit B.

14. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit A on RtA's Instagram account. A copy of the infringing post is attached as Exhibit C.

15. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

16. RtA's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## SECOND CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002103846)

17. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 16 of this Complaint as though set forth fully here.

18. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002103846, for a group of photographs titled "Selena Gomez heads to a studio session in Westwood." A copy of the registration is attached as Exhibit D.

19. The photographs covered by Exhibit D are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

20. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002103846 is attached as Exhibit E.

21. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit D on RtA's Instagram account. A copy of the infringing post is attached as Exhibit F.

22. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

23. RtA's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## THIRD CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002114931)

24. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 23 of this Complaint as though set forth fully here.

25. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002114931, for a group of photographs titled "Hailey Baldwin in super skinny black vinyl!" A copy of the registration is attached as Exhibit G.

26. The photographs covered by Exhibit G are original and copyrightable under

the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

27. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002114931 is attached as Exhibit H.

28. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit G on RtA's Instagram account. A copy of the infringing post is attached as Exhibit I.

29. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

30. RtA's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002127602)

31. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 30 of this Complaint as though set forth fully here.

32. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002127602, for a group of photographs titled "Exclusive – Future shops at Barneys New York with his entourage." A copy of the registration is attached as Exhibit J.

33. The photographs covered by Exhibit J are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

34. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002127602 is attached as Exhibit K.

35. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit J on RtA's Instagram account. A copy of the infringing post is attached as Exhibit L.

015281\000005\1468201

36. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

37. RtA's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in addition to attorneys' fees.

## FIFTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002177996)

38. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 37 of this Complaint as though set forth fully here.

39. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002177996, for a group of photographs titled "Exclusive – Olivia Culpo shows off her rock hard abs during a night out at Catch LA." A copy of the registration is attached as Exhibit M.

40. The photographs covered by Exhibit M are original and copyrightable under the laws of the United States. BackGrid filed for copyright registration of the photographs within 90 days of their first publication with the United States Copyright Office.

41. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002177996 is attached as Exhibit N.

42. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting photographs covered by Exhibit M on RtA's Instagram account, including in one instance as an Instagram story "highlight" that remains active as of the date this complaint is filed (unlike an Instagram photo that expires after 24 hours). Copies of the infringing posts are attached collectively as Exhibit O.

43. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

44. RtA's willful infringement damaged BackGrid in an amount according to proof, and at a minimum BackGrid is entitled to statutory damages of up to $150,000 in

addition to attorneys' fees.

## SIXTH CLAIM FOR RELIEF

### (For Infringement of Copyright Registration No. VA0002185926)

45. BackGrid repeats, realleges, and incorporates by reference the allegations of paragraphs 1 through 44 of this Complaint as though set forth fully here.

46. BackGrid owns all right, title, and interest in and to Copyright Registration No. VA0002185926, for a group of photographs titled "MGK and Chantel Jeffries continue to fuel dating rumors as they leave lunch together in Los Angeles." A copy of the registration is attached as Exhibit P.

47. The photographs covered by Exhibit P are original and copyrightable under the laws of the United States.

48. A reproduction of the deposit copy submitted in connection with the application for Copyright Registration No. VA0002185926 is attached as Exhibit Q.

49. RtA directly, vicariously, contributorily and/or by inducement willfully infringed BackGrid's copyright by posting a photograph covered by Exhibit P on RtA's Instagram account as an Instagram story "highlight" that remains active as of the date this complaint is filed that ry." A copy of the infringing post is attached as Exhibit R.

50. RtA used the copyrighted work willfully, and without BackGrid's permission, license, or consent.

51. RtA's willful infringement damaged BackGrid in an amount according to proof.

## PRAYER FOR RELIEF

Therefore, BackGrid requests judgment against RtA as follows:

1. That RtA, and its officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all of the copyrighted photographs

that are the subject of this action;

2. That RtA be ordered to account for all profits, income, receipts or other benefits it derived from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, that improperly or unlawfully infringe the asserted copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

3. For actual damages and disgorgement of all profits RtA derived from its copyright infringement, under 17 U.S.C. § 504 (a)(1) & (b);

4. For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c),;

5. For reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

6. For costs and interest pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) and 17 U.S.C. § 505; and

7. For such other and further relief that the Court deems just and proper.

DATED: April 8, 2020                           Tucker Ellis LLP


                                               By:   */s/ Brian K. Brookey*
                                                     Brian K. Brookey
                                                     brian.brookey@tuckerellis.com
                                                     Attorneys for Plaintiff, BACKGRID USA, INC.

## **DEMAND FOR JURY TRIAL**

Plaintiff BackGrid USA, Inc. demands trial by jury of all issues so triable.

DATED: April 8, 2020

Tucker Ellis LLP

By: */s/ Brian K. Brookey*
Brian K. Brookey
brian.brookey@tuckerellis.com
Attorneys for Plaintiff, BACKGRID USA, INC.