AO 121 (Rev. 06/16)

| TO:<br><br>Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Central District of California<br>350 West 1st Street, Suite 4311<br>Los Angeles, CA 90012 ||
|---|---|---|
| DOCKET NO. | DATE FILED<br>4/8/2020 ||
| PLAINTIFF<br>BACKGRID USA, INC. || DEFENDANT<br>DREAM PROJECTS LLC, dba RTA BRAND |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VA0002097279 | Scott Disick and Sofia Richie enjoy a din. at Sugarfish | BackGrid USA, Inc. |
| 2 VA0002103846 | Selena Gomez studio session in Westwood | BackGrid USA, Inc. |
| 3 VA0002114931 | Hailey Baldwin in super skinny black vinyl | BackGrid USA, Inc. |
| 4 VA0002127602 | Future shops at Barneys N.Y. with his entourage | BackGrid USA, Inc. |
| 5 VA0002177996 | Olivia Culpo shows off her rock hard abs at Catch LA | BackGrid USA, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading ||
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## BACKGRID USA, INC.'S COPYRIGHT REGISTRATION
(Cont'd. from AO121)

| Copyright Registration No.: | Title of Work: | Author of Work: |
|---|---|---|
| VA0002185296 | MGK and Chantel Jeffries continue to fuel dating rumors as they leave lunch together in Los Angeles. | BackGrid USA, Inc. |

1498903.1